People v Riley (2022 NY Slip Op 51000(U))

[*1]

People v Riley (Bobby)

2022 NY Slip Op 51000(U) [76 Misc 3d 137(A)]

Decided on October 14, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

As corrected in part through October 17,
2022; it will not be published in the printed Official Reports.

Decided on October 14, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570177/19

The People of the State of New
York, Respondent,
against
Bobby Riley,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Ilana J. Marcus, J.), rendered February 28, 2019, convicting him,
upon his plea of guilty, of criminal possession of a controlled substance in the seventh
degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Ilana J. Marcus, J.), rendered February 28, 2019, reversed,
on the law, the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the seventh-degree criminal possession of a controlled
substance charge (see Penal Law § 220.03) must be dismissed. "The
instrument's factual assertions gave no basis for concluding that the substance defendant
possessed was a controlled substance; that is, an illegal synthetic cannabinoid as listed
with precision in Public Health Law § 3306(g), as opposed to one of the many
synthetic cannabinoid substances that are not criminalized in the schedule" (People v
Hill, 38 NY3d 460, 466 [2022]). Dismissal of the remaining offense, a violation of
the sanitary code, is appropriate here because the People do not oppose such disposition
and there is no outstanding sentence (id.).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: October 14, 2022